IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LINDELL MOORE,** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  24-2754 |
| | : | |
| **ALLENTOWN POLICE** | : | |
| **DEPARTMENT,** *et al.* | : | |

## ORDER

**AND NOW**, this 22nd day of July 2024, upon consideration of plaintiff Lindell Moore's motion to proceed *in forma pauperis* (DI 1), and *pro se* complaint (DI 2) it is **ORDERED**:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (DI 1) is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The complaint is **DEEMED** filed.

3. The Clerk of Court is **DIRECTED** to correct the spelling of defendant Merveille Mvindu's name on the docket.

4. The complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

_____
**MURPHY, J.**